# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

1010 Northern Boulevard  
Suite 328  
Great Neck, NY 11021  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

October 5, 2015

*Via ECF*

The Honorable Steven I. Locke  
United States Magistrate Judge for the  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722-9014

    Re:    *Santos Andre Gonzales v. Lovin' Oven Catering of Suffolk, Inc., et al.*  
             <u>Case No.: 14-CV-2824 (DRH) (SIL)</u>

Dear Judge Locke:

    We represent the plaintiff in the above-referenced matter and write pursuant to today's Order to advise the Court of acceptable dates to all counsel for a hearing on the Joint Motion for Approval of Settlement. We have conferred with Defendants' counsel and propose the following dates: October 26, 2015 at any time; October 27, 28, or 29, 2015, during the afternoon; or October 30, 2015 at any time. We also request that the Court instruct as to whether our respective clients will be required to appear at the hearing.

    We thank the Court for its attention to this matter.

Respectfully submitted,

_____  
Alexander T. Coleman, Esq.  
*For the Firm*