


FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★ NOV 02 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SANTOS ANDRE GONZALES, on behalf of
himself and all those similarly situated,

    Plaintiff,

-against-

Docket No.:
14-CV-2824(DHR)(SIL)

LOVIN OVEN CATERING OF SUFFOLK, INC. and
LOVIN OVEN CATERING OF SUFFOLK, LLC and
LOVIN' OVEN CATERING OF SUFFOLK, LLC and
LOVIN' OVEN/LANDS END CORP. and LOVIN'
OVEN MOTEL ASSOCIATES, LLC and LOVIN'
OVEN/FELICE'S CORP. and GERARD SCOLLAN,
in his individual and professional capacities,

~~PROPOSED~~ ORDER

    Defendants.
---------------------------------------------------------------X

AND NOW, THIS 2nd DAY OF November, 2015, the Court, having reviewed the settlement agreement that the parties submitted in the case of *Santos Andre Gonzales v. Defendants Lovin Oven Catering of Suffolk, Inc. and Lovin Oven Catering of Suffolk, LLC and Lovin' Oven Catering of Suffolk, LLC and Lovin' Oven/Lands End Corp. and Lovin' Oven Motel Associates, LLC and Lovin' Oven/Felice's Corp. and Gerard Scollan, in his individual and professional capacities*, and considered applicable case law, and for good cause shown, it is

**ORDERED, ADJUDGED** and **DECREED** that:

    1.    The Settlement Agreement and General Release between Santos Andre Gonzalez, on the one hand, and Lovin Oven Catering of Suffolk, Inc., Lovin Oven Catering of Suffolk, LLC, Lovin' Oven Catering of Suffolk, LLC, Lovin' Oven/Lands End Corp., Lovin' Oven Motel Associates, LLC, Lovin' Oven/Felice's Corp., and Gerard Scollan, in his individual and professional capacities, on the other hand, (together the "Parties"): (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of

the Plaintiff's claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiff's claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Agreement is therefore **APPROVED** by the Court.

2. The lawsuit and the claims of Santos Andre Gonzalez against Lovin Oven Catering of Suffolk, Inc., Lovin Oven Catering of Suffolk, LLC, Lovin' Oven Catering of Suffolk, LLC, Lovin' Oven/Lands End Corp., Lovin' Oven Motel Associates, LLC, Lovin' Oven/Felice's Corp., and Gerard Scollan, in his individual and professional capacities are **DISMISSED WITH PREJUDICE** in their entirety without fees or costs except as agreed to by the parties in the Settlement Agreement.

BORRELLI & ASSOCIATES, P.L.L.C.

By: _____
Alexander T. Coleman, Esq.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
P: 516.248.5550
F: 516.248.6027
ATC@employmentlawyernewyork.com
Attorneys for Plaintiff

CAMPOLO, MIDDLETON & MCCORMICK, LLP

By: _____
Jeffrey V. Basso, Esq.
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, New York 11779
P: 631.738.9100
F. 631.738.0659
JBasso@cmmllp.com
Attorneys for Defendants

/s/ Steven I. Locke
THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE

Dated: Central Islip, New York
       11/2 , 2015